**United States District Court**
For the Northern District of California

1

2                 UNITED STATES DISTRICT COURT

3             NORTHERN DISTRICT OF CALIFORNIA

4

5   CHARLES C. BEAL,                 No. C 15-4310 MEJ (PR)

6         Plaintiff,               **ORDER OF DISMISSAL**

7    v.

8   SANTA CLARA COUNTY JAIL,

9         Defendant.
                                   /

10

11      On September 21, 2015, plaintiff, proceeding pro se, filed a civil rights complaint

12 pursuant to 42 U.S.C. § 1983.  On December 18, 2015, the Court dismissed the complaint

13 with leave to amend, explaining the deficiencies in the complaint that needed to be cured.

14 The Court directed plaintiff to file an amended complaint within twenty-eight days.  Plaintiff

15 was cautioned that his failure to do so would result in the dismissal of this action.  More than

16 twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise

17 communicated with the Court.

18      Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall

19 enter judgment and close the file.

20      IT IS SO ORDERED.

21

22 DATED:   January 29, 2016

23                            Maria-Elena James

24                            United States Magistrate Judge

25

26

27

28