UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES C. BEAL,                      No. C 15-4310 MEJ (PR)

       Plaintiff,                       **JUDGMENT**

  v.

SANTA CLARA COUNTY JAIL,

       Defendant.
_____/

      As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED AND ADJUDGED.

DATED: January 29, 2016

                                                 Maria-Elena James
                                                 United States Magistrate Judge